**Fill in this information to identify the case:**

Debtor name: Total Diagnostix Labs, LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): 18-40938-rfn11

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Luminex<br>PO Box 844222<br>Dallas, TX 75284-4222 | Jeff Kallach/Kathryn Hudachek<br>512-381-4367 | Contract for Reagents for LIS Sys. | Disputed | | | $312,954.72 |
| 2 | Path-Tec LLC<br>PO Box 266<br>Columbus, GA 31901-0266 | Valerie Geter<br>706-507-1445 | Supplier of Test Kits | Disputed | | | $80,520.32 |
| 3 | Channel H, Inc.<br>51 Market St. #R<br>PO Box 99<br>Amesbury, MA 01913 | Robert Capelli<br>robert@channelh.co | Lawsuit | Disputed | | | $36,743.87 |
| 4 | XIFIN<br>12225 El Camino Rd.<br>San Diego, CA 92130 | Tammy Lawrence -<br>Ext. 2902<br>858-793-5700 | Settlement Agreement | | | | $25,000.00 |
| 5 | MedCo Data LLC<br>2002 N. Lois Ave., Suite 600<br>Tampa, FL 33607 | Daniel E. Rodgers<br>888-633-2632 | Billing Services | Disputed | | | $5,906.25 |

Debtor   **Total Diagnostix Labs, LLC**  Case number (if known) **18-40938-rfn11**
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Translational Software, Inc. 12410 SE 32nd St., Suite 250 Bellevue, WA 98005 | Don Rule 206-777-4063 | Software Services | Disputed | | | $2,999.54 |

Fill in this information to identify the case and this filing:

Debtor Name **Total Diagnostix Labs, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **18-40938-rfn11**
(if known)

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An Individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the Individual's position or relationship to the debtor, the Identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/07/2018**        X _____
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

**D. Alan Meeker**
Printed name

**Chief Executive Officer**
Position or relationship to debtor