

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 21, 2018**

**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TOTAL DIAGNOSTIX LABS, LLC, | § | Case No. 18-40938-RFN11 |
| | § | |
| Debtor. | § | |

### ORDER EXTENDING THE TIME FOR DEBTOR TO FILE SCHEDULES AND STATEMENTS REQUIRED UNDER SECTION 521 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 1007

Upon the motion, dated March 20, 2018 (the "Motion"), of Total Diagnostix Labs, LLC

(the "Debtor") for extension of time to file its (a) schedules of assets and liabilities; (b) schedule

of executory contracts and unexpired leases; (c) schedule of co-debtors; and (d) statement of

financial affairs; and it appearing that the Court has jurisdiction over this matter; and it appearing

that due notice of the Motion as set forth therein is sufficient under the circumstances, and that

no other or further notice need be provided; and it further appearing that the relief requested in

the Motion is in the best interest of the Debtor and its estate and creditors; and after due deliberation and sufficient cause appearing therefor, the Motion should be granted.

**ACCORDINGLY**, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Capitalized terms not defined herein shall have the meaning attributed to such terms in the Motion.

3. The deadline by which the Debtor must file its Schedules and Statements is hereby extended through, and including, April 20, 2018.

### ### End of Order ###

L:\JPROSTOK\Total Diagnostix Labs (CQuentia) (CH11) #5935\Pleadings\Order extending deadline to file schedules 3.20.18.docx